**Electronically Filed
Supreme Court
SCWC-12-0000496
04-SEP-2013
01:15 PM**

SCWC-12-0000496

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARGARET WILLE, Petitioner/Appellant-Appellant,

vs.

BOARD OF LAND AND NATURAL RESOURCES; DEPARTMENT OF LAND AND NATURAL RESOURCES; WILLIAM J. AILA, JR. in his official capacity as Chairperson of the Board of Land and Natural Resources; STATE OF HAWAIʻI; and PARKER RANCH INC., Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000496; CIV. NO. 11-1-202K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.;
and Acoba, J. dissenting separately, with whom Pollack, J. joins)

Petitioner/Appellant-Appellant Margaret Wille's application for writ of certiorari, filed July 21, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 4, 2013.

Margaret Wille                              /s/ Mark E. Recktenwald
petitioner, pro se
                                            /s/ Paula A. Nakayama
David M. Louie, Donna H.
Kalama, Linda L.W. Chow,                    /s/ Sabrina S. McKenna
Cindy Y. Young for
respondents BLNR, DLNR
and William J. Aila, Jr.

Steven S.C. Lim,
Jennifer A. Benck,
Michael J. Scanlon,
Edmund W.K. Haitsuka
for respondent Parker Ranch Inc.